IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: PARAGARD IUD PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*All Cases Listed on Exhibit 1* | MDL DOCKET NO. 2974<br><br>**Case No.** 1:20-md-02974-LMM |

## ORDER REGARDING DEFENDANTS' MOTION TO DISMISS

Plaintiffs identified on **Exhibit 1** to this Order may be implicated by an upcoming Motion to Dismiss seeking dismissal of some or all of their claims based on either statute of limitations or statute of repose.

Within 5 days after entry of this Order, Defendants will send letters to counsel for each of the Plaintiffs on Exhibit 1 notifying them that Defendants believe some or all of their claims are subject to dismissal, a copy of this Order with Exhibit 1 attached, and a request that if counsel wishes to meet and confer with counsel for Defendants regarding the inclusion of an individual Plaintiff in Defendants' upcoming Motion to Dismiss, they have 30 days from receipt of Defendants' letter to do so. Defendants shall copy Plaintiffs' Leadership on each letter.

Following the meet-and-confer process with individual Plaintiffs set forth above, Defendants will file their omnibus Motion to Dismiss in the main MDL 2974 docket as well as in the dockets of each individual case implicated by the Motion. Plaintiffs' Leadership and counsel for Defendants will then meet and confer to determine the briefing schedule for Plaintiffs' Leadership's response to Defendants' omnibus motion and Defendants' reply thereto, as well as supplemental individual Plaintiff responses and Defendant's replies thereto. Following this meet

and confer, but no later than 7 days after the filing of the omnibus Motion to Dismiss, the Parties will submit their proposed briefing schedule to the Court for entry.

**IT IS SO ORDERED** this <u>12th</u> day of August 2024.

*/s/ Leigh Martin May*
**Leigh Martin May**
**United States District Judge**